IRVING LETZTER, an Infant, etc., Respondent, v. OCEAN ELECTRIC RAILWAY COMPANY, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the March calendar and be ready for argument

when reached; otherwise, motion granted, with ten dollars costs.    Present —
Mills, Rich, Blackmar and Jaycox, JJ.; Kelly, J., not voting.